IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRANCE MOORE,**                                                                                          **PLAINTIFF**
ADC #105735

v.                              Case No. 5:19-cv-00191-KGB-JTR

**SHALLA MCDOWELL,**
Sergeant, M.S.U., *et al.*                                                                                    **DEFENDANTS**

## ORDER

Before the Court is a Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 50). Plaintiff Terrance Moore filed an objection to the Partial Recommended Disposition (Dkt. No. 54). After careful consideration of the Partial Recommended Disposition, Mr. Moore's objection, and a *de novo* review of the record, the Court adopts the Partial Recommended Disposition (Dkt. No. 50).

In his objection, Mr. Moore restates arguments made in his responses to defendants' motion for summary judgment (Dkt. No. 54). Mr. Moore further represents that separate defendant Jerry Jacks "has continued to try and silence plaintiff so he can't use the grievance process" (*Id.*, at 2). Mr. Moore attaches to his objection several exhibits which restate Mr. Moore's previous arguments and contain allegations unrelated to the issue of exhaustion. The Court agrees with Judge Ray's analysis that Mr. Moore has not properly exhausted his administrative remedies with regard to his retaliation and conspiracy claims.

Accordingly, the Court grants the motion for summary judgment filed by defendants Vineshia Barnes, Felicia Bentley, Brendetta Tucker, Falandus Graydon, and Jerry Jacks and dismisses without prejudice Mr. Moore's claims against them (Dkt. No. 35). The Court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 30th day of March, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge