IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRANCE MOORE,**                                                      **PLAINTIFF**
ADC #105735

v.                       Case No. 5:19-cv-00191-KGB-JTR

**SHALLA MCDOWELL,**
Sergeant, M.S.U., *et al.*                                               **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 63). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After review, the Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Plaintiff Terrance Moore's claims against the sole remaining defendant, Nicola Kelly, are hereby dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 19th day of September, 2022.

                                                               Kristine G. Baker
                                                               United States District Judge