IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRANCE MOORE,**                                                                                          **PLAINTIFF**
ADC #105735

v.                                     Case No. 5:19-cv-00191-KGB-JTR

**SHALLA MCDOWELL,**
Sergeant, M.S.U., *et al.*                                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date and this Court's prior Orders, it is considered, ordered, and adjudged that plaintiff Terrance Moore's complaint is dismissed (Dkt. Nos. 1, 48, 55). The Court denies the relief requested. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 19th day of September, 2022.

_____
Kristine G. Baker
United States District Judge